

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CRH:CWE
F. #2021R01035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 23, 2021

<u>By E-Mail and ECF</u>

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Angel Almeida
              <u>Docket No. 21-MJ-1334 (VMS)</u>

Dear Judge Scanlon:

      Later today, the defendant Angel Almeida ("defendant" or "Almeida") is scheduled to be arraigned before Your Honor in the above-referenced matter. The government respectfully submits that the Court should enter a permanent order of detention because the defendant presents a danger to the community. As set forth in more detail below, the defendant was unlawfully in possession of a firearm, in violation of Title 18, United States Code, Section 922(g). The investigation has revealed that the defendant posted numerous pictures of himself in possession of the firearm, has association with a violent extremist organization, and also posted materials indicative of an interest in violence toward children and animals. Accordingly, no combination of conditions is appropriate to permit the defendant's release, and an order of permanent detention should be entered.

I.    <u>Background</u>

      In or around September 2021 and October 2021, the FBI received several tips regarding an individual named "Angel Almeida," who, according to the tips, possessed firearms, was violent, and posted sexually explicit images of children online. Specifically, on or about September 22, 2021, an individual identifying himself/herself only by first name contacted the FBI and wrote, in sum an substance and pertinent part, that Almeida (i) posts pictures of children in bondage wear, (ii) threatens to kill/sacrifice and rape people; (iii) has met up with 16 year old and may have targeted other potential victims; and (iv) is a very dangerous individual.[1] The tipster identified certain social media profiles as used by Almeida,

---

[1] The FBI's attempts to contact this individual have been unsuccessful.

including a Facebook account with the profile name "Sargent Grey" (the "Sargent Account"), among others. This tipster also stated that Almeida lives in Queens, New York.

Florida state criminal records indicate that, on or about February 27, 2019, "Angel Luis Almeida" was convicted of, among other things, burglary in the third degree, in violation of Florida Statute 810.02, a crime punishable by up to 5 years' imprisonment. That same day, Almeida was sentenced to serve 18 months' imprisonment. Florida prison records reflect that Almeida was released from prison on or about March 1, 2020. A comparison of a Florida arrest photograph of Angel Almeida to the photographs of the individual operating multiple social media accounts described below reflect that they are the same person.

**The Sargent Account**

A review the Sargent Account (one of the accounts identified by the tipster described above), revealed the below photographs depicting Almeida with what appears to be a firearm and ammunition. The Facebook website indicates that these photographs were posted on August 13, 2021 (left) and July 20, 2021 (right). The photograph on the left depicts Almeida pointing what appears to be a firearm at the camera. The photograph on the right depicts an individual with ammunition across their chest, with a skull face mask obscuring the individual's face.

 

I have been advised by law enforcement that the black flag in the background of the photograph on the right is associated with the "Order of Nine Angles" or "O9A," a worldwide Satanist belief-based group which embraces elements of neo-Nazism and white supremacy. Members and associates of O9A have espoused violent, neo-Nazi, anti-Semitic, and Satanic beliefs, and have expressed admiration for figures such as Adolf Hitler and Usama

2

Bin Laden. Members and associates of O9A have also participated in acts of violence, including murders.

According to Amazon records, on or about June 19, 2021, Angel Almeida purchased an item with the name "Nuoxinus Black Balaclava Ghosts Skull Full Face Mask for Cosplay Party Halloween Outdoor Motorcycle Bike Cycling Skateboard Hiking Skiing Snowmobile Snowboard" (the "Skull Mask"). Almeida purchased the mask using his true name and had the mask shipped to his residence. An item for sale on Amazon matching that description is reflected below:



Notably, the Skull Mask purchased by Almeida on June 19, 2021 and shipped to his residence appears to be the same mask as the one worn in the photograph posted to the Sargent Account, which was posted one month later on July 20, 2021, and is depicted above. Internet records indicate that internet services at Almeida's residence were used to log into the Amazon account in the days before and after the purchase of the Skull Mask, as well to log into the Sargent Account in the days before and after Almeida posted the pictures depicted above.

**The Necro Account**

Law enforcement identified a second social media account, an Instagram account with the username "Necropedocell" (the "Necro Account") that is associated with Almeida. Notably, the anonymous tip described above identified an alias for Almeida as "necropedo." A review of public portions of the Necro Account, revealed the following :

i. Multiple photographs of an individual who is identifiable as Almeida based on a comparison to other known photographs of Almeida.

3

ii. Photographs of Almeida possessing firearms, including two posted on or about February 20, 2021.



iii. In certain posts on the Necro Account, Almeida expressed interest in and posts photographs consistent with violence against and sexual exploitation of minors. In a post on or about February 21, 2021, Almeida wrote, to accompany a photograph of a firearm, "For the 2k pedophile haters [preying hands emoji]."[2]



---

[2] Unless otherwise indicated, all text of postings described herein are reproduced with original spelling and grammar.

4

      iv.  Similarly, on or about February 20, 2021, Almeida posted what appears to be a child, gagged and bound. Accompanying the photograph, Almeida wrote, "Life's always been shit still I see the past through rose colored lenses."

Internet service records reveal that the internet service at Almeida's residence was used to access the Necro Account in and around the days of the posts described above.

**The Stain Account**

Law enforcement also reviewed the publicly accessible portions of an Instagram profile with the name "Stain_Lord_352" (the "Stain Account"). That review revealed that Almeida acknowledged that the account belonged to him, admitted to owning and took pictures with a firearm, posted pictures depicting violence against animals, and threatened violence against police if they attempted to apprehend him. For example, on or about November 2, 2021, Almeida posted on the Stain Lord Account a photograph of a masked individual holding a firearm with the same mask and Order of Nine Angles flag depicted in photographs on the Sargent Account, which also appears to be the same mask that Almeida purchased from Amazon in June 2021 and had shipped to his residence.



Additionally, on or about November 7, 2021, Almeida posted a photograph of Dylann Roof. Dylann Roof is a white supremacist who perpetrated a 2015 mass shooting at a Charleston church, killing nine African Americans. On or about November 10, 2021, Almeida posted "People always testing my patience but who the fuck wants to link I'll give you my addy or you can drop yours idgaf my name is Angel Luis Alméida see me about it or shut the fuck up." On or about November 13, 2021, Almeida posted a photograph of a bloody cat that had apparently been stabbed with a knife, along with the caption, "No limits evil," and also

5

posted a video of an airsoft-style gun being shot at a dog with the caption, "bringing this classic back bcuz I'm getting to much followers and I don't want soft cocks orbiting."

On or about November 12, 2021, Almeida posted the below photograph of himself with appears to be a firearm.



On or about November 13, 2021, Almeida posted the below photograph of an individual standing in front of a Nazi flag with a shirt reading "Kiddie Fiddler" in front of a sign that reads, "I'M ADDICTED TO HARDCORE CHILD PORNOGRAPHY."



On or about November 9, 2021, Almeida posted the below photograph and posting where he writes, in relevant part "Mfs be like 'why you got a gun? It's like you want to go back'," which reflects that Almeida admits he possesses a firearm, and knows it is unlawful for him to possess that firearm because of his prior felony conviction.

6



**The Search of Almeida's Residence**

On or about November 23, 2021, members of law enforcement conducted a search of Almeida's residence, pursuant to a judicially authorized search warrant. During the course of the search, law enforcement agents seized, among other things:

1. A handgun that appears to the same firearm that Almeida posed with in numerous photographs.

2. Ammunition consistent with the bandoliers of ammunition that Almeida also wore in at least one photograph.

3. A box of ammunition with more than 30 rounds of ammunition.

4. A flag consistent with the flag pictured behind Almeida in several photographs, which is associated with the Order of Nine Angles.

5. Books consistent with an interest in extremist views related to satanism.







 

II.     Legal Standard

Federal courts are empowered to order a defendant's detention pending trial upon a determination that the defendant is either a danger to the community or poses a risk of flight. See 18 U.S.C. § 3142(e). A finding of dangerousness must be supported by clear and convincing evidence. See United States v. Ferranti, 66 F.3d 540, 542 (2d Cir. 1995). A finding of risk of flight must be supported by a preponderance of the evidence. See United States v. Jackson, 823 F.2d 4, 5 (2d Cir. 1987). The government is entitled to proceed by proffer. See United States v. LaFontaine, 210 F.3d 125, 130-31 (2d Cir. 2000).

The factors to be considered in determining whether the applicable standard has been met include: (1) the nature and circumstances of the offenses charged; (2) the weight of the evidence; (3) the history and characteristics of the defendant; and (4) the nature and seriousness of the danger to any person or the community that would be posed by the defendant's release.

See 18 U.S.C. § 3142(g). As discussed below, these factors weigh heavily against pretrial release.

III.     The Court Should Enter a Permanent Order of Detention

The factors to be considered in the detention analysis show that the defendant presents a substantial risk of danger to the community if released on bond. Accordingly, the Court should enter a permanent order of detention pending trial.

The charged offense is serious. The possession of a firearm, together with large amounts of ammunition[3] by a convicted felon presents a legitimate risk of danger for the self-evident reason that the firearm can cause substantial amounts of harm. This concern is particularly heightened, where, as is the case here, the defendant has made a number of public statements consistent with an interest in violent conduct. The weight of the evidence is substantial, if not overwhelming. The defendant can be clearly seen possessing a firearm in photographs that he posted to the internet from multiple social media account that he controls and identified as his own.

The defendant's history and characteristics also confirm that he presents a substantial risk of danger to the community. The defendant has repeatedly expressed an interest in the abuse of children and abuse of animals. The defendant's interest in an extremist organization like O9A, which has been associated with violent conduct, is a serious concern. The fact that this interest is coupled with other instances where Almeida has expressed support for violent extremism, such as his post related to mass murdered Dylan Roof, brings this case outside the heartland of cases where bond and release might be appropriate.

For all of these reasons, the government respectfully submits that the defendant represents a serious danger to the community if released on bond, and should be detained pending trial.

---

[3] The government has not yet charged the defendant for possession of this ammunition, but it was found in the same residence.

10

IV.    <u>Conclusion</u>

For all of the foregoing reasons, the defendant should be detained pending trial.

Respectfully submitted,

BREON PEACE
United States Attorney

By:   /s/
Chand W. Edwards-Balfour
Assistant U.S. Attorney
(718) 254-7000

cc:    Clerk of Court (VMS) (by ECF)
       Defense Counsel (by email)