U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

CWE/TBM/ANR
F. #2021R01035

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 12, 2024

<u>By ECF and Email</u>

The Honorable Rachel P. Kovner
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Angel Almeida</u>
               <u>Criminal Docket No. 21-613 (S-1) (RPK)</u>

Dear Judge Kovner:

      The government respectfully submits this letter in response to the Court's October 31, 2024 Order, which directed the government to provide an update when either (i) Almeida is transferred to the designated medical facility or (ii) the Bureau of Prison's anticipated transfer schedule changes. The BOP informed the government that Almeida arrived at the designated medical facility on November 6, 2024.

                                            Respectfully submitted,

                                            BREON PEACE
                                            United States Attorney

                        By:     /s/
                                            Chand Edwards-Balfour
                                            Tara B. McGrath
                                            Antoinette N. Rangel
                                            Assistant U.S. Attorneys
                                            (718) 254-7000

cc:    Clerk of Court (by ECF and email)
       Defense Counsel (by ECF and email)